Circuit Court of Appeals for the Eighth Circuit. Motion to dismiss or affirm submitted October 9, 1911. Decided October 23, 1911. *Per Curiam.* Dismissed for the want of jurisdiction. *Louisville & Nashville R. R. Co.* v. *Mottley,* 211 U. S. 149; *Macfadden* v. *United States,* 213 U. S. 288. *Mr. Julian Laughlin* for the appellant. *Mr. John B. Jones* and *Mr. G. B. Rose* for the appellees.

---

No. 639. S. L. MOSER, APPELLANT, *v.* EDWIN S. LAYMAN. Appeal from the United States Circuit Court of Appeals for the Eighth Circuit. Motion to dismiss or affirm submitted October 9, 1911. Decided October 23, 1911. *Per Curiam.* Dismissed for the want of jurisdiction. *Louisville & Nashville R. R. Co.* v. *Mottley,* 211 U. S. 149; *Macfadden* v. *United States,* 213 U. S. 288. *Mr. Julian Laughlin* for the appellant. *Mr. U. M. Rose, Mr. G. B. Rose, Mr. W. E. Hemingway, Mr. E. H. Adams* and *Mr. J. F. Loughborough* for the appellee.

---

No. 713. ELIZABETH CASSIDY ET AL., PLAINTIFFS IN ERROR, *v.* THE PEOPLE OF THE STATE OF COLORADO, ON THE RELATION OF THE ATTORNEY GENERAL OF COLORADO. In error to the Supreme Court of the State of Colorado. Motion to dismiss or affirm submitted October 9, 1911. Decided October 13, 1911. *Per Curiam.* Dismissed for the want of jurisdiction. *Farrell* v. *O'Brien,* 199 U. S. 100; *David Kaufman & Sons Co.* v. *Smith,* 216 U. S. 610; *Elder* v. *Colorado,* 204 U. S. 85. *Mr. Henry J. Hersey* for the plaintiffs in error. *Mr. George Q. Richmond, Mr. Benjamin Griffith, Mr. Henry A. Lindsley* and *Mr. Frederic D. McKenney* for the defendant in error.